Andrea Wood
301 Thelma Dr., 223
Casper, WY 82609
dreacwood@gmail.com

RESIDENT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 APR 15  AM 9: 04

MARGARET BOTKINS, CLERK
CASPER

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| ANDREA WOOD, T.P (an adult)<br><br>          Petitioner/Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, CONTRA COSTA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES (ALSO KNOWN AS CHILD PROTECTIVE SERVICES), CONTRA COSTA COUNTY SHERIFF, ERICA BAINS, RAVI BAINS, EDYTH WILLIAMS, KELLIE CASE, ACACIA CHIDI<br><br>          Respondents/Defendants | ) **Case No.:** 26-CV-135-KHR<br>)<br>) **INITIAL COMPLAINT BRIEF**<br>)<br>) **CIVIL KIDNAPPING TORT**<br>) WY Statute § 6-2-201 (2025),<br>) CA Penal Code 208(b) PC<br>)<br>) **CHILD SEX TRAFFICKING**<br>)<br>) **VIOLATION OF U.S. CONSTITUTION**<br>) **5TH, 6TH, 14TH AMENDMENTS**<br>)<br>) **FRAUD, INTRINSIC FRAUD TORTS**<br>)<br>) **INTENTIONAL INFLICTION OF**<br>) **EMOTIONAL DISTRESS (IIED)**<br>)<br>) **FALSE STATEMENTS TO A COURT,**<br>) **SUBORNED PERJURY**<br>)<br>) **INTERSTATE HUMAN TRAFFICKING**<br>) **OF MINOR CHILDREN, CUSTODIAL**<br>) **INTERFERENCE**<br>)<br>) **WRONGFUL ARREST OF MINOR,**<br>) **FALSE IMPRISONMENT TORT**<br>)<br>) **COURT ALTERED TRANSCRIPTS TORT**<br>) **VIOLATIONS OF MANDATED**<br>) **DEPENDENCY COURT <u>WELFARE AND</u>**<br>) **<u>INSTITUTIONS (WIC)</u>** |

There are a number of erroneous assumptions leading to related case no. #26-cv-49 being closed.

Plaintiff is not responsible for Court errs but will respond to correct them.

1. Andrea Wood is a **resident of Wyoming**. Therefore an "improper venue" is not correct.

2. Kidnapping is both a tort and can also be a criminal matter. The Court states that there was a "Failure to state a claim". **However Fraud is a tort claim** so it is not possible for anyone to have attended Law School, to state that Fraud is not a tort claim. **Kidnapping** is a tort claim. Plaintiff has attended years of Law School.

   **A tort claim of kidnapping is a civil action**—often filed as intentional infliction of emotional distress, false imprisonment, or custodial interference—allowing victims to seek compensation for physical, emotional, and financial damages caused by unlawful confinement or abduction. It differs from criminal kidnapping, requiring proof of intentional, non-consensual restraint or movement.

   Plaintiff has not made **"improper repetitive filings"** for kidnapping, nor false statements to a court. Again, this is not correct. Court err. This is not improper.

   Court stated a **"lack of subject matter"**. Court claims clearly show Plaintiff's standing as well as proper subject matter in a Federal Court based upon **28 USC 1332.** Here is the Law:

   **28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs · (A) Any member of a class of plaintiffs is a citizen of a State different from the Defendants and the amount in controversy exceeds $75,000.**

   **Therefore this is the "proper venue", "provides personal jurisdiction" under "differing state diversity" and "controversy values".**

   **Subornation of Perjury:** Procuring another person to commit perjury is a crime under **18 U.S.C. §1622. Contra Costa County forced Plaintiffs' children to lie and Plaintiff has this evidence.**

**A tort claim for altering court transcripts** involves proving intentional tampering by a court reporter, which is a criminal offense under **18 U.S.Code § 1506**. Due to the high bar of proof and immunity protections, victims often pursue remedies by filing a motion to correct the record with the trial court, alleging fraud, or filing a police report to initiate a criminal investigation. Plaintiff has evidence Contra Costa County altered court transcripts which makes them non-credible

To please the court, I have added additional torts of **IIED, False Statements, altering court statements, and False Imprisonment.**

## 2025 Wyoming Statutes

**Universal Citation:**

## Title 6 - Crimes and Offenses

## Chapter 2 - Offenses Against the Person

## Article 2 - Kidnapping and Related Offenses

## Section 6-2-201 - Kidnapping; Penalties; Effect of Release of Victim.

**6-2-201. Kidnapping; penalties; effect of release of victim.** (a) A person is guilty of kidnapping if he unlawfully removes another from his place of residence or business or from the vicinity where he was at the time of the removal, or if he unlawfully confines another person, with the intent to:

(i) Hold for ransom or reward, or as a shield or hostage;

(ii) Facilitate the commission of a felony; or

(iii) Inflict bodily injury on or to terrorize the victim or another.

(b) A removal or confinement is unlawful if it is accomplished:

(i) By force, threat or deception; or

(ii) Without the consent of a parent, guardian or other person responsible for the general supervision of an individual who is under the age of fourteen (14) or who is adjudicated incompetent. In California state the, kidnapping a minor under 14 is a serious felony under California State: Penal Code 208(b) PC, and Wyoming State: WY Stat § 6-2-201 (2025)

## 1. Federal Laws Regarding Alteration

- 18 U.S.C. § 1506 (Theft or alteration of record): This law states that whoever feloniously alters, falsifies, or tampers with any record or process in a U.S. Court can be fined or imprisoned for up to 5 years, or both.
- 18 U.S.C. § 1519 (Destruction, alteration, or falsification of records): Anyone who knowingly alters or falsifies any document with the intent to obstruct or influence a federal investigation or case can be fined and/or imprisoned for up to 20 years.
- 18 U.S.C. § 2071 (Concealment, removal, or mutilation): Specifically for custodians of public records (like a court clerk), this law makes it a crime to willfully and unlawfully conceal, remove, or destroy records. Penalties include fines, up to 3 years in prison, and forfeiture of their office.

**CITED LAWS AND CODES:**

28 USC 1332,

WY Stat § 6-2-201,

18 U.S.Code § 1506,

18 U.S.C. §1622,

18 USC 1519,

18 USC 2071

### Certificate of Service

I, Andrea Wood have mailed a brief "INITIAL COMPLAINT BRIEF" to the following with proper postage and into a US Postal Mail Box

**To:**

*Children and Family Services of Contra Costa County
*Contra Costa County Sheriff
*Contra Costa County
*Edyth Williams
*Acacia Chidi
*Kellie Case
At: **Contra Costa Counsel Office**
**1025 Escobar Street, #9**
**Martinez, CA**

*Ravinder Bains
*Erica Bains
At: **24 Hilldale Court**
**Orinda, CA 94563**

Submitted,

Andrea Wood
4/14/2026